## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Stephanie L. Hurt, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 05-CV-02445-KHV-DJW |
| | ) | |
| Claude J. Maillet | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

Now on this 1st day of June, 2006, the above-referenced matter comes before the Court on a Stipulation for Dismissal (Doc. #10). The parties have advised the Court that the case has been resolved by way of settlement. Accordingly, the case is dismissed with prejudice. The parties will bear their own costs.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-referenced cause is dismissed with prejudice.

**IT IS SO ORDERED.**

s/ Kathryn H. Vratil
The Honorable Kathryn H. Vratil
District Court Judge